372 A.2d 437

Horan v. Horan, Appellant.

Submitted April 12, 1976.

Sanford A. Middleman, for appellant; William C. Bartley, for appellee.

Order affirmed.

HOFFMAN, J., dissents.

372 A.2d 437

Kallinger Appeal.

Argued December 6, 1976. Malcolm H. Waldron, Jr., for appellant; Reid H. Weingarten, Deputy District Attorney, with him LeRoy S. Zimmerman, District Attorney, for appellee.

OPINION PER CURIAM: Order affirmed. Supersedeas dissolved thirty (30) days from the entry of this judgment.

JACOBS, J., did not participate in the consideration or decision of this case.